IN RE: David Marion CLARK,
Arkansas Bar ID #79034

Supreme Court of Arkansas
Opinion delivered September 16, 1999


P ER CURIAM. On recommendation of the Supreme Court Committee on Professional Conduct, we hereby accept the surrender of the license of David Marion Clark, of Batesville, Arkansas, to practice law in the State of Arkansas. Mr. Clark's name shall be removed from the registry of licensed attorneys and he is permanently barred from engaging in the unlicensed practice of law in this state.